# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUCET-SPEER, APLC | CIVIL ACTION |
| VERSUS | 20-513-SDD-RLB |
| STATE FARM FIRE AND CASUALTY COMPANY | |

## RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 10, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion for Leave to Join Non Diverse Defendants & Alternatively for Remand to State Court* (Rec. Doc. 12) is hereby DENIED.

Signed in Baton Rouge, Louisiana on April 13, 2021.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 12.
[2] Rec. Doc. 16.